Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

FILED
NOV 16 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

RECEIVED
NOV 21 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re:

MARKUS, NOAH STEPHEN
MARKUS, HELEN ANN

Debtor(s)

Case No. 10-40926 RLE

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,495.00. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 12 | Beverly D. Campbell<br>19002 Kemble Road,<br>Humble, TX 77346 | 1,195.00 | 1,195.00 |
| 13 | Daniel Loftin<br>2614 Park Spring,<br>Spring, TX 77373 | 1,300.00 | 1,300.00 |
| | Total Unclaimed Dividends | | $2,495.00 |

Dated: November 10, 2011

_____
Paul J Mansdorf, TRUSTEE